**SHUKAT ARROW HAFER WEBER & HERBSMAN, LLP**
Dorothy M. Weber [DW-4734]
Kyle Fogden [KF-3043]
*Attorneys for Defendants DMG Clearances, Inc. and*
*Universal Records, a Division of UMG Recordings, Inc.*
111 West 57th Street, Suite 1120
New York, New York 10019
(212) 245-4580

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RON BOBB-SEMPLE

                Plaintiff,                                07 CIV 8560 (VM)

      -against-

UNIVERSAL RECORDS, DAMIAN MARLEY,         **NOTICE OF MOTION**
STEPHEN MARLEY, TUFF GONG RECORDS,
DMG MUSIC CLEARANCES

                Defendants.
-----------------------------------------------------------------X

        **PLEASE TAKE NOTICE,** that upon the accompanying Declaration of Dorothy M. Weber dated November 29, 2007 and the accompanying Memorandum of Law, Defendants, DMG Clearances, Inc. and Universal Records, a Division of UMG Recordings, Inc. (the "Defendants")[1] will move this Court, before the Honorable Victor Marrero, at Room 20B, the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007 at 10:00 a.m. on December 21, 2007, or as soon thereafter as counsel can be heard:

---

[1] The other named defendants have not been served.

(i) pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, for an order dismissing Plaintiff's Complaint as against the Defendants, DMG Clearances Inc. and Universal Records, a Division of UMG Recordings, Inc., for lack of subject matter jurisdiction, and

(ii) for such other further relief as the Court deems proper including costs and attorneys fees.

Dated: New York, New York
November 29, 2007

SHUKAT ARROW HAFER WEBER & HERBSMAN, LLP

By: _____
Dorothy M. Weber [DW-4734]
Kyle Fogden [KF-3043]
*Attorneys for Defendants DMG Clearances, Inc. and Universal Records, a Division of UMG Recordings, Inc.*
111 West 57th Street, Suite 1120
New York, New York 10019
(212) 245-4580

To: Perry Ian Tischler (5305)
Law Offices of Perry Ian Tischler
Attorney for the Plaintiff
38-39 Bell Boulevard, Suite 203
Bayside, New York 11361
(718) 229-5390