**SHUKAT ARROW HAFER WEBER & HERBSMAN, LLP**
Dorothy M. Weber [DW-4734]
Kyle Fogden [KF-3043]
*Attorneys for Defendants DMG Clearances, Inc. and*
*Universal Records, a Division of UMG Recordings, Inc.*
111 West 57th Street, Suite 1120
New York, New York 10019
(212) 245-4580

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
RON BOBB-SEMPLE

                 Plaintiff,                          07 CIV 8560 (VM)

       -against-

UNIVERSAL RECORDS, DAMIAN MARLEY,      **DECLARATION OF**
STEPHEN MARLEY, TUFF GONG RECORDS,      **DOROTHY M. WEBER**
DMG MUSIC CLEARANCES

                Defendants.
-----------------------------------------------------------------------X

**DECLARATION OF DOROTHY M. WEBER**
**IN SUPPORT OF DEFENDANTS DMG CLEARANCES, INC.**
**AND UNIVERSAL RECORDS, A DIVISION OF UMG RECORDINGS, INC.'S**
<u>**MOTION TO DISMISS**</u>

      Dorothy M. Weber, an attorney duly admitted to practice law by and before this Court and the Courts of the State of New York hereby declares, pursuant to 28 U.S.C. §1746, under penalties of perjury, as follows:

    1. Annexed hereto as Exhibit A is a true and correct copy of the Complaint.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:    New York, New York
            November 29, 2007

                                                      Dorothy M. Weber