**SHUKAT ARROW HAFER WEBER & HERBSMAN, LLP**
Dorothy M. Weber [DW-4734]
Kyle Fogden [KF-3043]
*Attorneys for Defendants DMG Clearances, Inc. and*
*Universal Records, a Division of UMG Recordings, Inc.*
111 West 57th Street, Suite 1120
New York, New York 10019
(212) 245-4580

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RON BOBB-SEMPLE

        Plaintiff,                                    07 CIV 8560 (VM)

       -against-

UNIVERSAL RECORDS, DAMIAN MARLEY,        **RULE 7.1 STATEMENT**
STEPHEN MARLEY, TUFF GONG RECORDS, DMG
MUSIC CLEARANCES

        Defendants.
-----------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendant Universal Records, a Division of UMG Recordings, Inc. (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held:

                     Vivendi S.A., a French public company

Dated:       New York, New York
               November 29, 2007

                                          SHUKAT ARROW HAFER WEBER
                                          & HERBSMAN, LLP

                                          By: _____
                                          Dorothy M. Weber, Esq. [DW 4734]
                                          111 West 57th Street, Suite 1120
                                          New York, New York  10019
                                          212-245-4580