SHUKAT ARROW HAFER WEBER & HERBSMAN, LLP
Dorothy M. Weber [DW-4734]
Kyle Fogden [KF-3043]
*Attorneys for Defendants DMG Clearances, Inc. and*
*Universal Records, a Division of UMG Recordings, Inc.*
111 West 57th Street, Suite 1120
New York, New York 10019
(212) 245-4580

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
RON BOBB-SEMPLE

        Plaintiff,                        07 CIV 8560 (VM)

    -against-

                                                          CERTIFICATE OF SERVICE
UNIVERSAL RECORDS, DAMIAN MARLEY,
STEPHEN MARLEY, TUFF GONG
RECORDS, DMG MUSIC CLEARANCES

        Defendants.
------------------------------------------------------------X

    I hereby certify under penalty of perjury that true and correct copies of the Defendants' Notice of Motion, Memorandum of Law in Support of Defendants' Motion to Dismiss, Declaration of Dorothy M. Weber, and Rule 7.1 Statements for DMG Music Clearances and Universal Records, all of which were dated November 29, 2007, were served, by causing same to be filed on November 29, 2007 via CM/ECF and by causing same to be sent on November 29, 2007 via FedEx Priority Overnight service, to the attorney designated to receive service on behalf of the Plaintiff in this action at the following address:

                        Perry Ian Tischler, Esq.
                        Law Offices of Perry Ian Tischler
                        38-39 Bell Boulevard
                        Suite 203
                        Bayside, New York 11361

    I received confirmation of delivery of the above-mentioned documents by FedEx to the above address on November 30, 2007 at 10:27 a.m.

Dated:    New York, New York
             December 18, 2007

                                                              Kyle D.N. Fogden