LAW OFFICES OF
# PERRY IAN TISCHLER

38-39 BELL BOULEVARD
SUITE 202
BAYSIDE, NEW YORK 11361
TEL: (718) 229-5390
FAX: (718) 229-5759

THREE NEW YORK PLAZA
NEW YORK, NEW YORK 10004

December 20, 2007

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

By Facsimile: 212-805-6382

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-21-07
```

Re: Ron Bobb Semple v Universal Records et al.
    Case No. 07 CIV 8560 (VM)

Dear Justice Marrero:

    This office represents the Plaintiff, Ron Bobb-Semple, in the above-referenced action. We are in receipt of a motion by counsel for the Defendants returnable tomorrow, December 21, 2007. Unfortunately, I am actually engaged tomorrow before the Supreme Court of the State of New York, Queens County on two respective matrimonial matters, one of which is an Order To Show Cause for contempt. The actions are entitled; Su Chao Lee, v Kuo Wu Index No. 10001-07 and Saket Sharma v Chaitali Dave, Index no. both before the Hon. Sidney Strauss.

    Further complicating my ability to interpose opposition papers, is my inability to reach my client who lives out of state, and I believe may be traveling. It was my intention to appear tomorrow to make an oral application for a brief adjournment to respond. Conservatively, I would not be available until 2:00 PM to make that oral application. I respectfully request the court briefly adjourn this matter for two weeks to allow for the service of opposition papers.

    Should the court need a formal affirmation of engagement in hand, my clerk is available deliver same at the call of the calendar. I regret the short notice to both counsel, and the court, but I had been trying to arrange for coverage of these appearances through late this afternoon. As you can imagine, on the eve of the Christmas holiday, I have not been successful. I will call counsel at 8:30 AM to confirm whether we can arrange for this adjournment telephonically without further inconvenience to my adversary.

Very truly yours,

Perry Ian Tischler

Cc: Dorothy Weber, Esq.
    Kyle Fogden, Esq.
    Shukat Arrow Hafer LLP

```
Request GRANTED. A status conference herein is scheduled
for 1-4-08 at 11:00 a.m. to address the matter described
above by plaintiff and address defendants'
motion to dismiss for lack of subject
SO ORDERED.  matter jurisdiction.

12-21-07          [signature]
DATE              VICTOR MARRERO, U.S.D.J.
```