UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RON BOBB-SEMPLE

            Plaintiff,

-against-

UNIVERSAL RECORDS, DAMIAN MARLEY,
STEPHEN MARLEY, TUFF GONG RECORDS,
DMG MUSIC CLEARANCES

            Defendants.
----------------------------------------------------------------X

|USDS SDNY|
|DOCUMENT|
|ELECTRONICALLY FILED|
|DOC #: _____|
|DATE FILED: 1-11-08|

Case No.: 07 CIV 8560 (VM)

STIPULATION OF
DISCONTINUANCE

It is hereby stipulated and agreed by and between the undersigned counsel for the parties to the above entitled action, who have appeared in this action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party who has an interest in the subject matter of the action, the above entitled action be, and the causes of action as alleged in this complaint only; are discontinued with prejudice, without costs to either party as against the other. The causes of action are discontinued against all named defendants. This stipulation may be filed without further notice with the Clerk of the Court.

The parties further agree that this Stipulation may be executed and shall be sufficient via facsimile transmission.

Dated:    January 10, 2008

LAW OFFICES OF PERRY IAN TISCHLER

By: _____
Perry Ian Tischler, Esq. (PT 5305)
38-39 Bell Boulevard, Suite 208
Bayside, New York 11361
718-229-5390
Attorneys for Plaintiff
Ron Bobb-Semple

SHUKAT ARROW HAFER WEBER & HERBSMAN, LLP

By: _____
Dorothy M. Weber, Esq. (DW 4784)
111 West 57th Street, Suite 1120
New York, New York 10019
212-245-4580
Attorneys for Defendants
Universal Records, a Division of UMG Recordings, Inc. and DMG Music Clearances

SO ORDERED: 11 January 2008

_____
Honorable Victor Marrero
United States District Judge